[38] JEWELL AND WIFE, ADMINISTRATORS, v. ARWINE.

No costs awarded on reversal of a judgment on *certiorari—secus* on affirmance.

In this cause, which was a *certiorari* to remove a judgment, the court decided that on a reversal of judgment on *certiorari* no costs can be awarded—*secus* on affirmance.

CITED *in Aller* v. *Shurts*, 2 *Harr.* 189.

---

JEFFERS v. BROOKFIELD.

An action for false imprisonment is not within the jurisdiction of a justice of the peace.

*Certiorari* to Justice Little.

It appeared in this case that part of plaintiff's demand below was founded on an allegation that Jeffers, the defendant, who was a constable, had arrested him on Sunday, on a warrant.

PER CURIAM. Reverse the judgment. An action for false imprisonment is not cognizable before a justice. (*a*)

Judgment reversed.

(*a*) SEE *All. Edit. Laws N. J., fol.* 473, *chap.* 623, § 13.